**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01733-LTB-OES

DAVID FISCHER,
        Plaintiff,

v.

JOHN W. SNOW, in his official capacity as Secretary, United States Department of the Treasury,
        Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice (filed July 5, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                        BY THE COURT:

                                                        s/Lewis T. Babcock
                                                      Lewis T. Babcock, Chief Judge

DATED: July 5, 2005